IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ELBA POPPITI, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.:  4:19-cv-02028-SNLJ |
| UNITED INDUSTRIES CORP. and SPECTRUM BRANDS, INC. | ) ) ) | |
| Defendants. | ) ) | |

## SPECIAL ENTRY OF APPEARANCE AND REQUEST FOR ADDITIONAL TIME TO RESPOND TO CLASS ACTION COMPLAINT

COME NOW Mary Ann L. Wymore and the law firm of Greensfelder, Hemker & Gale, P.C., and hereby enter their special appearance on behalf of Defendants United Industries Corporation (erroneously sued as United Industries Corp.) ("United") and Spectrum Brands, Inc. ("Spectrum"), in the above-captioned case.

United and Spectrum also respectfully request that they be granted additional time in which to answer or otherwise respond to Plaintiff Elba Poppiti's Class Action Complaint, through and including September 26, 2019.

Good cause exists for granting this request for additional time, as United and Spectrum were served with the lawsuit on or about July 22, 2019, retained counsel as of August 20, 2019, and Counsel requires additional time to investigate the Class Action Complaint, potential defenses, standing, jurisdiction and other complex issues.

1812598

Plaintiff does not oppose this request provided that Defendants similarly will not oppose any request by Plaintiff for additional time that may be needed to respond to a motion to dismiss by Defendants.

Defendants make this request in the interests of justice and not for the purpose of delay.

## CONCLUSION

WHEREFORE, Defendants United and Spectrum respectfully request that the Court grant them additional time to respond to the Class Action Complaint, through and including September 26, 2019.

Respectfully submitted,

Dated: August 26, 2019					GREENSFELDER, HEMKER & GALE, P.C.

By     /s/ Mary Ann L. Wymore
	Mary Ann L. Wymore, MO #44061
	mlw@greensfelder.com
	10 South Broadway, Suite 2000
	St. Louis, Missouri 63102
	Telephone: (314) 516-2662
	Facsimile: (314) 345-5488

*Attorneys for Defendants United Industries Corporation and Spectrum Brands, Inc. (appearing specially to contest jurisdiction)*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 26th day of August, 2019, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

      /s/ Mary Ann L. Wymore

1812598